IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:02-CR-10-3-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KEVIN TAYLOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Defendant's Motion for Leave to File Notice of Appeal Out of Time. On March 2, 2010, this Court denied Defendant's Motion for Reconsideration. Defendant submits he did not receive, or become aware of, this Order until April 2, 2010. This Court received Defendant's Notice of Appeal In Forma Pauperis, as well as this Motion on April 9, 2010. For good cause shown, Defendant's Motion for Leave to File Notice of Appeal is GRANTED.

SO ORDERED.

This 17 day of May, 2010

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE